**No. 10-5866. Danny McGleachie, Petitioner v. Mississippi; and Danny McGleachie, Petitioner v. E.L.**

**Sparkman, Superintendent, Mississippi State Penitentiary.**

562 U.S. 969, 131 S. Ct. 472, 178 L. Ed. 2d 300, 2010 U.S. LEXIS 8069.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.